LEON GREENBERG, SB# 226253
Law Office of Leon Greenberg
2965 South Jones Boulevard #E-4
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MORALES, BERENISA CORTES PALOMINOS, DYLAN THOMAS, JANETTE BARRERA, and FRANCES HANDCOCK, Individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>VON CURTIS, INC., P.M. ADVANCED EDUCATION INC., PAUL MITCHELL ADVANCED EDUCATION LLC, WINN CLAYBAUGH, JOHN PAUL DEJORIA, JOHN PAUL MITCHELL SYSTEMS, PAUL MANTEA,D'ANN EVANS, ANN-MARIE SAFADI, PMNV LAS VEGAS, LLC, PMCA BAKERSFIELD, LLC, PMHBW LLC, and "John Does," name fictitious, name and number unknown, doing business as "PaulMitchell The School,"<br>            Defendants. | Case No. 4:13-CV-04996-SBA<br><br>**JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, FOR DEFENDANTS' TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, TO RESET HEARING ON MOTION TO DISMISS, AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE;**<br><br>**[PROPOSED] ORDER**<br><br>**[CIVIL L.R. 6-1(b)]** |

Pursuant to Civil L.R. 6-1(b), Plaintiffs Jessica Morales, Berenisa Cortes Palominos,

Dylan Thomas, Janette Barrera, and Frances Handcock ("Plaintiffs"),  and Defendants Von

Curtis, Inc., P.M. Advanced Education Inc., Paul Mitchell Advanced Education LLC, PMNV Las

Vegas, LLC, PMCA Bakersfield, LLC,PMHBW LLC, Winn Claybaugh, John Paul DeJoria, Paul

Mantea, D'Ann Evans, and Ann-Marie Safadi ("Defendants"), and by and through their

undersigned counsel in the above-captioned matter, hereby stipulate as follows:

1

WHEREAS, Defendants filed a Motion to Dismiss on April 8, 2014 (Doc. No. 27);

WHEREAS, the hearing before the Court for the above-referenced Motion to Dismiss was set for May 13, 2014 at 1:00 p.m. in Courtroom 1 before the Honorable Saundra Brown Armstrong (Doc. No. 27);

WHEREAS, Plaintiffs' deadline for filing a Response in Opposition to Defendants' Motion to Dismiss is April 22, 2014;

WHEREAS, Defendants' deadline for filing a Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss is April 29, 2014;

WHEREAS, the Court's Order of February 19, 2014 set the date for the parties' Initial Case Management Conference for May 8, 2014 at 2:30 p.m. (Doc. No. 25);

WHEREAS, this Stipulation for an Enlargement of Time to Respond to Defendants' Motion to Dismiss affects the May 13, 2014 hearing on such motion as well as the May 8, 2014 initial Case Management Conference date on the Court's calendar and other related deadlines.  As such, the parties agree that the hearing on Defendants' Motion to Dismiss (Doc. No. 27) should be rescheduled to June 10, 2014, at 1:00 p.m., subject to the Court's availability and the Case Management Conference should be vacated and scheduled to a date which is convenient for the court but that is no earlier than 30 days after the court issues its order on the pending Motion to Dismiss (Doc. No. 27) or a responsive pleading is filed, whichever is sooner.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel of record, that Plaintiffs will have an extension of time to file their Response in Opposition to Defendants' Motion to Dismiss through and including May 6, 2014 and Defendants will have an extension of time to file their Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss through and including May 20, 2014;

1       IT IS ALSO HEREBY STIPULATED that, subject to the Court's availability, the hearing

2   on Defendants' Motion to Dismiss currently set for May 13, 2014 at 1:00 p.m. be continued to a

3   proposed date of June 10, 2013 at 1:00 p.m.;

4       IT IS ALSO HEREBY STIPULATED that the initial Case Management Conference in

5   
6   this matter currently set for May 8, 2014, at 2:30 p.m. be continued to a date which is convenient

7   for the Court but that is no earlier than 30 days after the Court issues its order on the pending

8   Motion to Dismiss (Doc. No. 27) or a responsive pleading is filed, whichever is sooner, and that

9   the other deadlines set forth in the Court's Order Setting Initial Case Management Conference

10  and Deadlines issued on October 25, 2013 (Doc. No. 4) be continued accordingly.

11  **IT IS SO STIPULATED.**

12  Dated: April 22, 2014

**LAW OFFICE OF LEON GREENBERG**

13  By:   s/ *Leon Greenberg*_____
Leon Greenberg

14  Attorney for Plaintiffs
JESSICA MORALES, BERENISA

15  CORTES PALOMINOS, DYLAN
THOMAS, JANETTE BARRERA, and

16  FRANCES HANDCOCK

17  

18  Dated: April 22, 2014

**DUANE MORRIS LLP**

By:   s/ *Julie A. Vogelzang*_____

19  Julie A. Vogelzang
Edward M. Cramp

20  Courtney L. Baird
Attorneys for Defendants VON CURTIS,

21  INC., P.M. ADVANCED EDUCATION
INC., PAUL MITCHELL ADVANCED

22  EDUCATION LLC, PMNV LAS VEGAS,
LLC, PMCA BAKERSFIELD, LLC,

23  PMHBW LLC, WINN CLAYBAUGH,
JOHN PAUL DEJORIA, PAUL MANTEA,

24  D'ANN EVANS, and ANN-MARIE

25  SAFADI

26      ATTESTATION: Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the

27  filing of this document has been obtained from each of the other signatories thereto.

28

**ORDER**

The Court having considered the Joint Stipulation for Enlargement for Time for Plaintiffs to Respond to Defendants' Motion to Dismiss, for Defendants' to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, to Reset Hearing on Motion to Dismiss, and to Reschedule Case Management Conference, orders as follow: the hearing on Defendants' Motion to Dismiss set for May 13, 2014 at 1:00 p.m. shall be continued to **June 10, 2014** at 1:00 p.m.; the initial Case Management Conference set for May 8, 2014, at 11:00 a.m. shall be continued to a date which is convenient for the Court but that is no earlier than 30 days after the Court issues its order on the pending Motion to Dismiss  or a responsive pleading is filed and all the other deadlines set forth in the Court's Order Setting Initial Case Management Conference and Deadlines issued on October 25, 2013 (Doc. No. 4) be continued accordingly, whichever is sooner; Plaintiffs' shall have up to and including **May 6, 2014** to file and serve their Response in Opposition to Defendants' Motion to Dismiss; and Defendants' shall have up to and including **May 20, 2014** to file and serve their Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** , except that the the Telephonic Case Case Management Conference, previously set for May 8, 2014, is continued to August 7, 2014, at 2:30 p.m.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

Dated: ___4/23/2014___

_Sandra B Armstrong_
JUDGE, U.S. DISTRICT COURT

-4-