## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Jessica Morales, et al.

_____,
                     Plaintiff(s),

CASE NO.  13-04996-SBA

                     v.
Von Curtis, Inc., et al.

_____,
                     Defendant(s).
_____/

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☑ Private ADR (*please identify process and provider*)  The parties plan to participate in a full day or multi-day mediation before a Mediator they have not yet selected.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

- ☑ other requested deadline   After the Court rules on summary judgment motion.

As detailed in the forthcoming Joint Case Management Statement, the parties proposed that motions for summary judgment be filed at an early procedural posture in the case.

Dated:  7/17/2014

_/s/ Adetunji Olude_____
Attorney for Plaintiff

Dated:  7/17/2014

_/s/ Lisa Hird Chung_____
Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**~~[PROPOSED]~~ ORDER**

☐    The parties' stipulation is adopted and IT IS SO ORDERED.

☑    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The mediation shall take place within 90 days of the date the Court issues its ruling on Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 34).

Dated:  7/25/14

HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11